# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CODY HARRIS

VERSUS

LEXIE WOODARD POLITO, THE
MAPP GROUP, LLC., AND
NATIONAL FIRE INSURANCE CO
OF HARTFORD

NO. 2025 CW 0393

**JUNE 30, 2025**

---

In Re: Cody Harris, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 757450.

---

**BEFORE: PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's April 25, 2025 judgment, which granted the exception of no cause of action and/or no right of action filed by defendant, National Fire Insurance Co. of Hartford, and ordered that "the claims of plaintiff, Cody Harris, against defendant, National Fire Insurance Co. of Hartford, be dismissed, without prejudice…" is a final, appealable judgment pursuant to Louisiana Code of Civil Procedure article 1915(A)(1). Therefore, the writ is granted for the limited purpose of remanding this matter to the trial court with instructions to grant an appeal to plaintiff, Cody Harris, pursuant to the pleading that notified the trial court of plaintiff's intention to seek writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989)(*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

AHP
EW
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT